[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13991
Non-Argument Calendar
_____

D.C. Docket No. 4:13-cr-00027-MW-CAS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PHILIP WAYNE MATHENIA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(May 5, 2014)

Before HULL, MARCUS and BLACK, Circuit Judges.

PER CURIAM:

Gwendolyn Louise Spivey, appointed counsel for Philip Wayne Mathenia in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Mathenia's conviction and sentence are **AFFIRMED**.